UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-3096-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| SERGIO GUERRERO-SANCHEZ, | |
| Defendant. | |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Motion Hearing/Trial Setting Hearing from December 3, 2021 until January 14, 2022 at 1:30 p.m. is hereby **GRANTED**. The Defendant must file an Acknowledgement of Next Court date by December 10, 2021.

For the reasons set forth in the joint motion, the Court further finds that the time between December 3, 2021 through January 14, 2022 is excludable under the Speedy Trial Act , as the ends of justice in granting the continuance outweigh the interests of Mr. Guerrero-Sanchez and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  November 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge