# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO GUERRERO-SANCHEZ,<br><br>Defendant. | CASE NO.:   21-cr-3096-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING HEARING** |

**GOOD CAUSE APPEARING** in the Parties' Joint Motion, the Motion Setting hearing is continued from January 14, 2022 to **February 25, 2022 at 1:30 p.m.** For the reasons stated in the Parties' Motion and accompanying Exhibit, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated:  January 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge