UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO GUERRERO-SANCHEZ,<br><br>Defendant. | CASE NO.:   21-cr-3096-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING**, the parties' Joint Motion to Continue the Motion Hearing/Trial Setting Hearing from April 29, 2022 until June 10, 2022 at 1:30 p.m. is hereby **GRANTED**. The Defendant must file an Acknowledgement of Next Court date by May 6, 2022.

For the reasons set forth in the joint motion, the Court further finds that the time between April 29, 2022 through June 10, 2022 is excludable under the Speedy Trial Act , as the ends of justice in granting the continuance outweigh the interests of Mr. Guerrero-Sanchez and the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  April 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge